### 17059. FREEMAN *v.* THE STATE.

BROYLES, C. J. 1. The indictment contained two counts, the first count charging the defendant with stealing an automobile, and the second charging him with receiving the stolen automobile with knowledge that it had been stolen. After the State had introduced its evidence the defendant moved that the State be required to elect upon which of the two counts it would travel and insist upon a conviction, the movant alleging that the indictment was duplicitous and inconsistent, as appeared from the State's evidence. *Held:* The denial of the motion was not error. See, in this connection, *Sutton* v. *State,* 124 *Ga.* 815 (1) (53 S. E. 381); *Williams* v. *State,* 69 *Ga.* 12 (8); *Hoskins* v. *State,* 11 *Ga.* 92 (1); *Lascelles* v. *State,* 90 *Ga.* 347 (4) (16 S. E. 945, 35 Am. St. R. 216); *Stewart* v. *State,* 58 *Ga.* 577 (3); 1 Bish. Cr. Pr., § 454, par. 2.

2. The excerpt from the charge complained of, when considered with the remainder of the charge of the court, was not error.

3. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of receiving stolen goods; from Fulton superior court—Judge Humphries. December 5, 1925.

Application for certiorari was denied by the Supreme Court.

*H. A. Allen, Garland M. Watkins,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

---

Criminal Law, 16 C. J. p. 791, n. 28; p. 1050, n. 84.